Maria McCraren, defendant in error, v. Louis Amarosi, plaintiff in error. Gen. No. 8,399.

Opinion filed August 17, 1932.
Maurice R. Marchello, for plaintiff in error. George S. McGaughey, for defendant in error.
Mr. Justice Jett delivered the opinion of the court.

H. A. Maurer & Company, Inc., appellant, v. L. R. Jones, appellee. Gen. No. 8,408.

Opinion filed August 17, 1932.
Gleim & Colwell, for appellant. Butters & Butters, for appellee.
Mr. Justice Jett delivered the opinion of the court.

William S. Janes, appellee, v. William Lebowitch and William Ryan. William Lebowitch, appellant. Gen. No. 8,462.

Opinion filed August 25, 1932.
Thoma, Linden & Hutchinson, for appellant; Bertram E. Rathje, of counsel. No appearance for appellee.
Mr. Justice Jett delivered the opinion of the court.

C. W. Frey, appellant, v. Henry Hunzinger, appellee. Gen. No. 8,471.

Opinion filed August 25, 1932.
C. B. Hughes and Delmar C. Frey, for appellant. Ridgely & Ridgely and Horace Baker, for appellee.
Mr. Justice Jett delivered the opinion of the court.